**Dan TEMPLE, Jr., Plaintiff—Appellant,**

v.

**UNKNOWN STAFF MEMBERS OF OCONEE MEMORIAL HOSPITAL; Peggy Boggs; Ralph Campbell, DSS Caseworker; J.B. Metcalf, DSS Supervisor; J.E. Singleton, Sheriff, Oconee County; R.H. Cureton, Judge; A. MaCauley, Judge; J.L. Williams; Emma Morris, Defendants—Appellees.**

No. 04–6957.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 27, 2005.

Decided: Feb. 2, 2005.

Dan Temple, Jr., Appellant pro se.

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dan Temple, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Temple v. Unknown Staff Members of Oconee Mem'l Hosp.,* No. CA–04–75–8 (D.S.C. Apr. 14, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*